UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CRISTDAHL,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>Defendants. | No. 2:25-cv-02737-TLN-CKD<br><br><br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).  On November 26, 2025, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 23.)  No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

////

1

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations (ECF No. 23) are adopted in full.
2. Plaintiff's motion for leave to amend the complaint (ECF No. 11) is GRANTED and the amended complaint (ECF No. 12) is deemed the operative complaint.
3. Plaintiff's motion to remand (ECF No. 13) is DENIED.
4. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Date: December 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE