UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CRISTDAHL,

Plaintiff,

v.

THE HOME DEPOT, INC., et al.,

Defendants.

No.  2:25-cv-2737-TLN-CKD (PS)

ORDER

On January 20, 2026, the court issued a pretrial scheduling order (ECF No. 28) based on dates the parties had proposed in their joint status report filed on November 7, 2025. On January 26, 2026, defendant Home Depot U.S.A. Inc. filed a response to the pretrial scheduling order requesting modification of the deadlines therein relevant to expert witnesses. (ECF No. 29.) Good cause appearing, the court will modify the schedule.

In accordance with the above, IT IS ORDERED that the pretrial scheduling order issued on January 20, 2026, is modified only to the extent that the deadline to disclose expert witnesses is extended to August 28, 2026, all expert discovery shall be completed by October 14, 2026, and

/////

/////

/////

/////

1

all non-discovery law and motion including dispositive motions shall be completed (i.e. set for hearing to take place) by December 16, 2026.

Dated:  January 29, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, cris25cv2737.sched.mod

2