UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CRISTDAHL,

Plaintiff,

v.

THE HOME DEPOT, INC., et al.,

Defendants.

No. 2:25-cv-2737-TLN-CKD (PS)

ORDER

Under the schedule for this case, as modified, all non-expert discovery was to be completed by June 5, 2026. (ECF No. 28 at 2; see also ECF No. 30.) Plaintiff now requests to extend the discovery deadline to October 2026. (ECF No. 32.) Defendants filed a statement of non-opposition to the motion. (ECF No. 34.) Pursuant to Federal Rule of Civil Procedure 16(b), the court finds good cause to modify the pretrial scheduling order and to grant plaintiff's request.

Good cause appearing, IT IS ORDERED that plaintiff's motion to extend the discovery deadline (ECF No. 32) is GRANTED and the deadline to complete non-expert discovery is extended to October 14, 2026.

Dated: May 28, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, cris25cv2737.36disc

1